UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN MICHIGAN

Charlotte Davies,
       Plaintiff,

v                                    Case No. 2:13-cv-12790-VAR-PJK
                                    Hon. Victoria A. Roberts

Detroit Rescue Mission Ministries, Inc.,
a Michigan Corporation,
       Defendant.
_____/

| Batey Law Firm, PLLC | Bator Gwinn, P.C. |
|---|---|
| Scott P. Batey (P54711) | Daniel A. Gwinn (P53663) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 30200 Telegraph Road | 400 West Maple |
| Suite 400 | Birmingham, Michigan 48009 |
| Bingham Farms, Michigan 48025 | (248) 642-7844 |
| (248) 540-6800 | dgwinn@batorgwinn.com |
| sbatey@bateylaw.com | |

_____/

## STIPULATED ORDER TO DISMISS

At a session of said Court held in the
City of Detroit, County of Wayne,
State of Michigan, on: November 8, 2013
Present:   Victoria A. Roberts
UNITED STATES DISTRICT COURT JUDGE

This matter having come before the Court pursuant to the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case is dismissed as to all parties with prejudice and without costs and attorney fees. This Order resolves the last pending claim and closes the case.

                                                    S/Victoria A. Roberts
                                                    UNITED STATES DISTRICT COURT JUDGE

Approved as to form and content:

|       /s/ |       /s/ |
|---|---|
| Scott P. Batey (P54711) | Daniel A. Gwinn (P53663) |
| Attorney for Plaintiff | Attorney for Defendant |